

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00074-CV

Stacey **SCOTT,**
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The appellant's unopposed motion to extend time to file brief is GRANTED. Time is extended to July 29, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court